**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No. 25-MJ-261-CDA** |
| **ANDREW JOSEPH STILLING, JR.** | * | |

*    *    *    *    *    *    *    *    *    *    *    *    *

**<u>MOTION TO SEAL</u>**

The Government hereby moves to seal the Government's Motion for Detention Pending Trial.  The Motion contains sensitive case information and references to minors.

WHEREFORE, the Government requests that the above Motion be placed under seal.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
Colleen Elizabeth McGuinn
Assistant United States Attorney