AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

USDC- BALTIMORE
'25 FEB 18 AM 9:40

☑ FILED  ☐ ENTERED
☐ LOGGED  ☐ RECEIVED

1:00 pm, Feb 18 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

United States of America
v.

Andrew Joseph Stilling, Jr.

*Defendant*

Case No.  1:25-mj-0261-CDA

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Andrew Joseph Stilling, Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Sexual Exploitation of Children in violation of 18 U.S.C. § 2251(a) and (e); and
Distribution of Child Pornography in violation of 18 U.S.C. § 2252(a)(2); and
Receipt of Child Pornography in violation of 18 U.S.C. § 2252A(a)(2)

Date: February 7, 2025

_____
*Issuing officer's signature*

City and state:   Baltimore, Maryland

The Hon. Charles D. Austin, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/7/2025, and the person was arrested on *(date)* 2/10/2025
at *(city and state)* _____

Date:  2/10/2025

_____
*Arresting officer's signature*

Jeffrey A. Yesensky, Special Agent
*Printed name and title*